# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TINA GARNER

VERSUS

OUR LADY OF THE LAKE
FOUNDATION; AND/OR OUR LADY
OF THE LAKE PHYSICIAN GROUP-
ZACHARY CLINIC; AND/OR OUR
LADY OF THE LAKE PHYSICIAN
GROUP, L.L.C.; AND XYZ
INSURANCE COMPANY

NO.   2019 CW 0638

SEP 19 2019

---

In Re:    Our Lady of the Lake Physician Group, L.L.C., applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 675219.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT